AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

THE AULSON CO., INC.
a/k/a THE AULSON COMPANY

Case: 1:07-cv-00684
Assigned To : Friedman, Paul L.
Assign. Date : 4/16/2007
Description: INTL' PAINTERS v. AULSON

TO: (Name and address of Defendant)

Maureen Aulson
49 Danton Drive
Methuen, MA 01844

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                   APR 16 2007

CLERK                                                      DATE

_Nanette Stewart-Curtin_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | May 10, 2007 |
| NAME OF SERVER *(PRINT)* Ronald Bertheim | TITLE | Constable/Process Server |

*Check one box below to indicate appropriate method of service*

X  ☐ Served personally upon the defendant. Place where served: The Aulson Company
   49 Danton Drive, Methuen, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 10, 2007
             *Date*                 *Signature of Server*

252B Pleasant St., Methuen, MA 01844
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.