IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>1750 New York Avenue, N.W.<br>Washington, DC 20006-5387<br><br>                    Plaintiff<br>v.<br><br>THE AULSON CO., INC.<br>a/k/a/ The Aulson Company<br>49 Danton Drive<br>Methuen, MA 01844<br><br>and<br><br>ALAN AULSON<br>49 Danton Drive<br>Methuen, MA 01844<br><br>and<br><br>MAUREEN AULSON<br>49 Danton Drive<br>Methuen, MA 01844<br><br>and<br><br>BOB HILSON<br>49 Danton Drive<br>Methuen, MA 01844<br><br>                    Defendants | Case: 1:07-cv-00684<br>Assigned To: Friedman, Paul L.<br>Assign. Date: 4/16/2007<br>Description: INTL' PAINTERS v. AULSON |

## STIPULATION

      COMES NOW, the Plaintiff, International Painters and Allied Trades Industry Pension Fund and the Defendants, The Aulson Company, Inc., Alan Aulson, Maureen Aulson, and Bob Hilson by and through counsel, Pro Se, and hereby stipulate to an extension of time up to and including June 17, 2007 by which to answer ~~or otherwise respond to~~ the complaint in the above captioned matter.

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

By their attorneys,

Date: 5/30/07

SANFORD G. ROSENTHAL  Bar No. 478737
JESSICA L. TORTELLA  Bar No. _____
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611


THE AULSON COMPANY, INC.

By its Authorized Representative

Date: 5/24/07

The Aulson Company, Inc.
By Alan P. Aulson
Its President
49 Danton Drive
Methuen, MA 01844
(978) 975-4500


ALAN AULSON

Pro Se

Date: 5/24/07

Alan P. Aulson
49 Danton Drive
Methuen, MA 01844
(978) 975-4500


MAUREEN AULSON

Pro Se

Date: 5/24/07

Maureen Aulson
49 Danton Drive
Methuen, MA 01844
(978) 975-4500

|  |  |
|---|---|
| | BOB HILSON |
| | Pro Se |
| Date: 5.24.7 | _____ |
| | Bob Hilson |
| | 49 Danton Drive |
| | Methuen, MA 01844 |
| | (978) 975-4500 |

## CERTIFICATE OF SERVICE

I, Sanford G. Rosenthal, Esquire, state under penalty of perjury that I caused a copy of the foregoing Stipulation to be served via first class mail, postage prepaid on the date and to the addressed below:

THE AULSON CO., INC.
a/k/a The Aulson Company
49 Danton Drive
Methuen, MA 01844

ALAN AULSON
49 Danton Drive
Methuen, MA 01844

MAUREEN AULSON
49 Danton Drive
Methuen, MA 01844

BOB HILSON
49 Danton Drive
Methuen, MA 01844

Date: June 12, 2007         /s/Sanford G. Rosenthal
                            SANFORD G. ROSENTHAL, ESQUIRE

184127.1

184127-1