IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>THE AULSON CO., INC.<br>ALAN AULSON<br>MAUREEN AULSON and<br>BOB HILSON<br><br>Defendants. | Case No. 1:07-cv-00684<br>Assigned To: Friedman, Paul L. |

## MOTION TO DISMISS INDIVIDUAL DEFENDANTS

Defendants Alan Aulson, Maureen Aulson, and Bob Hilson (collectively, the "Individual Defendants"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully move the Court for an Order dismissing all claims against them for failure to state a claim upon which relief can be granted. In the alternative, the Individual Defendants move for dismissal, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, on the ground that this Court lacks personal jurisdiction over Alan Aulson, Maureen Aulson, and Bob Hilson in their individual capacities. The grounds for this motion are set forth in the Memorandum of Points and Authorities in Support of Motion To Dismiss Individual Defendants, which is being filed simultaneously with this Motion.

Dated: June 18, 2007

Respectfully submitted,

ISLER DARE RAY & RADCLIFFE, P.C.

_____
Edward Lee Isler, D.C. Bar No. 417076
Derry Dean Sparlin, Jr.
1919 Gallows Road, Suite 320
Vienna, Virginia 22182
(703) 748-2690 / (703) 748-2695 (fax)

Attorneys for Defendants
The Aulson Co., Inc., Alan Aulson,
Maureen Aulson, and Bob Hilson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion To Dismiss was, this 18th day of June, 2007, served by first class mail, postage prepaid, to the following:

> Sanford G. Rosenthal
> Jessica L. Tortella
> Jennings Sigmond, P.C.
> The Penn Mutual Towers, 16th Floor
> 510 Walnut Street, Independence Square
> Philadelphia, Pennsylvania 19106

_____
Edward Lee Isler