IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND<br>ALLIED TRADES INDUSTRY PENSION<br>FUND<br><br>                   Plaintiff,<br><br>v.<br><br>THE AULSON CO., INC.<br>ALAN AULSON<br>MAUREEN AULSON and<br>BOB HILSON<br><br>                   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:07-cv-00684<br>)   Assigned To: Friedman, Paul L.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT THE AULSON CO., INC'S CORPORATE DISCLOSURE STATEMENT

PURSUANT to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, I, the undersigned counsel for The Aulson Co., Inc. certify that to the best of my knowledge and belief, The Aulson Co., Inc. has no parent corporation, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 18, 2007

Respectfully submitted,

ISLER DARE RAY & RADCLIFFE, P.C.

By: _____
Edward Lee Isler, D.C. Bar No. 417076
Derry Dean Sparlin, Jr.
1919 Gallows Road, Suite 320
Vienna, Virginia 22182
(703) 748-2690 / (703) 748-2695 (fax)

Attorneys for Defendant
The Aulson Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant The Aulson Co., Inc.'s Corporate Disclosure Statement was, this 18th day of June, 2007, served by first class mail, postage prepaid, to the following:

>Sanford G. Rosenthal
>Jessica L. Tortella
>Jennings Sigmond, P.C.
>The Penn Mutual Towers, 16th Floor
>510 Walnut Street, Independence Square
>Philadelphia, Pennsylvania  19106

_____
Edward Lee Isler