Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | CIVIL ACTION NO.: 1:07-CV-00684 (PLF) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE AULSON CO., INC. ALAN AULSON MAUREEN AULSON BOB HILSON | ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STIPULATION EXTENDING TIME TO RESPOND

Plaintiff, the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and The Aulson Co., Inc., Alan Aulson, Maureen Aulson and Bob Hilson (jointly, "Defendants"), by undersigned counsel, hereby stipulate and agree that Plaintiff has until Monday, August 6, 2007 to file its Response to Defendants' Motion to Dismiss Individual Defendants.

FOR PLAINTIFF

JENNINGS SIGMOND, P.C.

BY: /s/ Sanford G. Rosenthal
    SANFORD G. ROSENTHAL
    D.C. Bar No. 478737
    The Penn Mutual Towers, 16th Fl.
    510 Walnut Street
    Philadelphia, PA 19106-3683

    (215) 351-0611/ (215)922-3524 (fax)

    DATE: June 27, 2007

184718-1

FOR ALL DEFENDANTS

ISLER DARE RAY & RADCLIFFE, P.C.

BY: /s/ Derry Dean Sparlin, Jr.
    DERRY DEAN SPARLIN, JR.
    D.C. Bar No. 411682
    1919 Gallows Road, Suite 320
    Vienna, Virginia 22182

    (703)748-2690/ (703) 748-2695(fax)

    DATE: June 27, 2007

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete
Documents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | CIVIL ACTION NO.: 1:07-CV-00684 (PLF) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE AULSON CO., INC. ALAN AULSON MAUREEN AULSON BOB HILSON | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

It is hereby Ordered that the Joint Stipulation Extending Time to Answer is entered and Plaintiff's deadline is extended to August 6, 2007.


Date: _____               _____
                                    PAUL L. FRIEDMAN            J.
                                    United States District Court

Copies of this Order shall be sent to:

Sanford G. Rosenthal., Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106

Derry Dean Sparlin, Jr., Esquire
Isler Dare Ray & Radcliffe, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia  22182

Edward Lee Isler, Esquire
Isler Dare Ray & Radcliffe, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia  22182