IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | CIVIL ACTION NO.: 1:07-CV-00684 (PLF) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE AULSON CO., INC. ALAN AULSON MAUREEN AULSON BOB HILSON | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION EXTENDING TIME TO RESPOND

Counsel for Plaintiff and Defendants jointly petition this Court for an Order extending Plaintiff's time to respond Defendants' Motion to Dismiss Individual Defendants. The parties submit the following in support of their Joint Stipulation for Extension of Time:

1. The Complaint in the above-captioned action was filed on April 16, 2007 and served on Defendants on May 1, 2007.

2. On June 18, 2007, Defendants filed an Answer and a Motion to Dismiss Individual Defendants.

3. Plaintiff's response to Defendants' Motion is due on August 6, 2007.

4. The parties are currently engaged in settlement negotiations which they hope will resolve this matter without further litigation.

186211-1

WHEREFORE, the Plaintiff and Defendants respectfully request that this Honorable Court grant the parties an additional thirty (30) day extension beyond August 6, 2007. Plaintiff's response to Defendants' Motion to Dismiss is due on or before September 6, 2007.

| FOR PLAINTIFF | FOR ALL DEFENDANTS |
|---|---|
| JENNINGS SIGMOND, P.C. | ISLER DARE RAY & RADCLIFFE, P.C. |
| BY: /s/ Sanford G. Rosenthal | BY: /s/ Derry Dean Sparlin, Jr. |
| SANFORD G. ROSENTHAL | DERRY DEAN SPARLIN, JR. |
| D.C. Bar No. 478737 | D.C. Bar No. 411682 |
| The Penn Mutual Towers, 16th Fl. | 1919 Gallows Road, Suite 320 |
| 510 Walnut Street | Vienna, Virginia 22182 |
| Philadelphia, PA 19106-3683 | |
| (215) 351-0611/ (215)922-3524 (fax) | (703)748-2690/ (703) 748-2695(fax) |
| DATE: July 31, 2007 | DATE: July 31, 2007 |

186211-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | )<br>)<br>) | CIVIL ACTION<br>NO.: 1:07-CV-00684 (PLF) |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| THE AULSON CO., INC.<br>ALAN AULSON<br>MAUREEN AULSON<br>BOB HILSON | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## ORDER

It is hereby Ordered that the Joint Stipulation Extending Time to Respond is entered and Plaintiff's deadline is extended to September 6, 2007.


Date: _____            _____
                                  PAUL L. FRIEDMAN                    J.
                                  United States District Court

186211-1

Copies of this Order shall be sent to:

Sanford G. Rosenthal., Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106

Derry Dean Sparlin, Jr., Esquire
Isler Dare Ray & Radcliffe, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia  22182

Edward Lee Isler, Esquire
Isler Dare Ray & Radcliffe, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia  22182

186211-1