IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | )<br>)<br>) | CIVIL ACTION<br>NO.: 1:07-CV-00684 (PLF) |
| Plaintiff, | )<br>) | |
| v. | )<br>) | **FILED** |
| THE AULSON CO., INC.<br>ALAN AULSON<br>MAUREEN AULSON<br>BOB HILSON | )<br>)<br>)<br>)<br>) | AUG - 2 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| Defendants. | ) | |

## ORDER

It is hereby Ordered that the Joint Stipulation Extending Time to Respond is entered and Plaintiff's deadline is extended to September 6, 2007.


Date: _____          _____
                                PAUL L. FRIEDMAN           J.
                                United States District Court

186211-1

Copies of this Order shall be sent to:

Sanford G. Rosenthal., Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106

Derry Dean Sparlin, Jr., Esquire
Isler Dare Ray & Radcliffe, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia  22182

Edward Lee Isler, Esquire
Isler Dare Ray & Radcliffe, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia  22182

186211-1