IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | CIVIL ACTION NO.: 1:07-CV-00684 (PLF) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE AULSON CO., INC. ALAN AULSON MAUREEN AULSON BOB HILSON | ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTON TO DISMISS INDIVIDUAL DEFENDANTS

Plaintiff petitions this Court for an Order extending Plaintiff's time to respond Defendants' Motion to Dismiss Individual Defendants. Plaintiff submits the following in support of its Motion:

1. The Complaint in the above-captioned action was filed on April 16, 2007 and served on Defendants on May 1, 2007.

2. On June 18, 2007, Defendants filed an Answer and a Motion to Dismiss Individual Defendants.

3. Plaintiff's response to Defendants' Motion is due on September 6, 2007.

4. The parties have been engaged in negotiations which, as of yet, have not resulted in a settlement.

5. Plaintiff has filed numerous bond claims which may eventually resolve the entire delinquency in this case.

187701-1

6.    Unfortunately, it could take weeks for the bond claims to be paid and Plaintiff does not want to delay submission of its response any further.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant Plaintiff an additional two (2) weeks beyond September 6, 2007. Plaintiff's response to Defendants' Motion to Dismiss is due on or before September 20, 2007.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL
D.C. Bar No. 478737
The Penn Mutual Towers, 16th Fl.
510 Walnut Street
Philadelphia, PA 19106-3683

(215) 351-0611/ (215)922-3524 (fax)

Dated: September 6, 2007

187701-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | CIVIL ACTION NO.: 1:07-CV-00684 (PLF) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE AULSON CO., INC. ALAN AULSON MAUREEN AULSON BOB HILSON | ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

It is hereby Ordered that Plaintiff's Motion to Extend Time to Respond to Defendants' Motion to Dismiss Individual Defendants is entered and Plaintiff's deadline is extended to September 20, 2007.

Date: _____

_____
PAUL L. FRIEDMAN              J.
United States District Court

187701-1

Copies of this Order shall be sent to:

Sanford G. Rosenthal., Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106

Derry Dean Sparlin, Jr., Esquire
Isler Dare Ray & Radcliffe, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia 22182

Edward Lee Isler, Esquire
Isler Dare Ray & Radcliffe, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia 22182

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state under penalty of perjury that I caused a copy of the foregoing Motion to Extend Time to Respond to Defendants' Motion to Dismiss Individual Defendants to be placed in the U.S. mail with postage for first class delivery, on the date and to the address below:

>Derry Dean Sparlin, Jr., Esquire
>Isler Dare Ray & Radcliffe, P.C.
>1919 Gallows Road, Suite 320
>Vienna, Virginia  22182
>
>Edward Lee Isler, Esquire
>Isler Dare Ray & Radcliffe, P.C.
>1919 Gallows Road, Suite 320
>Vienna, Virginia  22182

Dated: September 6, 2007                    /s/ Sanford G. Rosenthal
                                                SANFORD G. ROSENTHAL

187701-1