IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>               Plaintiff,<br><br>v.<br><br>THE AULSON CO., INC., ALAN AULSON, MAUREEN AULSON, and BOB HILSON,<br><br>               Defendants. | CIVIL ACTION<br>Case No. 1:07-CV-00684 (PLF) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS INDIVIDUAL DEFENDANTS**

Defendant The Aulson Co., Inc. ("the Company") respectfully requests that this Court deny Plaintiff's Motion To Extend Time To Respond To Defendants' Motion To Dismiss Individual Defendants. In support of its Opposition, it submits the following.

1. Defendants' Motion To Dismiss Individual Defendants ("Defandants' Motion") was filed on June 18, 2007.

2. Plaintiff's response to Defendants' Motion was originally due on June 29, 2007. L. Cv. R. 7(b).

3. By Joint Stipulation, Defendant has previously agreed to two lengthy extensions of this deadline.

    a. On June 29, 2007, this Court entered a Minute Order extending the deadline for Plaintiff's response to August 6, 2007.

    b. On August 2, 2007, this Court entered an Order further extending the deadline for Plaintiff's response to September 6, 2007.

4.	The current September 6, 2007 deadline, established in the Court's Order of August 2, 2007, has already passed.

5.	The Rules of this Court provide that, if a response "is not filed within the prescribed time, the Court may treat the motion as conceded." L. Cv. R. 7(b).

6.	Previous extensions of time have provided Plaintiffs with ample time to reach an agreement to resolve this case if they so desire.

7.	If Plaintiffs are amenable to resolution of this case through bond claims, as described in paragraph 6 of their extension motion, they could enter into a Settlement Agreement without burdening this Court with the continuation of unnecessary litigation while the logistics of bond collection are completed.

8.	If Plaintiffs are not amenable to resolution of this case, either through bond collection or another alternative, they already should have responded to Defendants' Motion.

For all the foregoing reasons, Defendants respectfully request that this Court deny Plaintiff's Motion To Extend Time To Respond To Defendants' Motion To Dismiss Individual Defendants

.Dated: September 7, 2007

Respectfully Submitted,

ISLER DARE RAY & RADCLIFFE, P.C.

BY: _____/s/_____
Derry Dean Sparlin, Jr., D.C. Bar 411682
Edward Lee Isler, D.C. Bar No. 417076
1919 Gallows Road, Suite 320
Vienna, Virginia  22182
(703) 748-2690

Attorneys for Defendants
The Aulson Co., Inc., Alan Aulson,
Maureen Aulson, and Bob Hilson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Opposition To Plaintiff's Motion To Extend Time To Respond To Defendants' Motion To Dismiss Individual Defendants was, this 7th day of September, 2007, served by first class mail, postage prepaid, to the following:

>Sanford G. Rosenthal
>Jennings Sigmond, P.C.
>The Penn Mutual Towers, 16th Floor
>510 Walnut Street, Independence Square
>Philadelphia, Pennsylvania  19106

_____/s/_____
Derry Dean Sparlin, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>   Plaintiff,<br><br>v.<br><br>THE AULSON CO., INC., ALAN AULSON, MAUREEN AULSON, and BOB HILSON,<br><br>   Defendants. | CIVIL ACTION<br>Case No. 1:07-CV-00684 (PLF) |

## ORDER

Plaintiff's Motion To Extend Time To Respond To Defendants' Motion To Dismiss Individual Defendants is hereby denied.


Date: _____        _____
                                     PAUL L. FRIEDMAN
                                     United States District Court

Copies of this Order shall be sent to:

Sanford G. Rosenthal
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, Pennsylvania  19106

Derry Dean Sparlin, Jr.
Isler, Dare, Ray & Radcliffe, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia  22182

Edward Lee Isler
Isler, Dare, Ray & Radcliffe, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia  22182