PDF Complete

Click Here & Upgrade
Expanded Features
Unlimited Pages
Documents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, | ) ) ) | CIVIL ACTION NO.: 1:07-CV-00684 (PLF) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE AULSON CO., INC., ALAN AULSON, MAUREEN AULSON, and BOB HILSON, | ) ) ) | |
| Defendants. | ) | |

**STIPULATION DISMISSING CLAIMS AGAINST THE INDIVIDUAL DEFENDANTS**

Plaintiff, the International Painters and Allied Trades Industry Pension Fund (the "Pension Fund") and Defendants, the Aulson Co., Inc, Alan Aulson, Maureen Aulson, and Bob Hilson (collectively, the "Defendants"), by undersigned counsel, hereby stipulate and agree that all claims against defendants Alan Aulson, Maureen Aulson, and Bob Hilson (collectively, the "Individual Defendants") are hereby dismissed with prejudice, that the Individual Defendants are no longer be parties to this action, and that Defendants' Motion To Dismiss Individual Defendants, originally filed on June 18, 2007, will be withdrawn.

| FOR PLAINTIFF | FOR ALL DEFENDANTS |
|---|---|
| JENNINGS SIGMOND, P.C. | ISLER DARE RAY & RADCLIFFE, P.C. |
| BY:  /s/Sanford G. Rosenthal         SANFORD G. ROSENTHAL        D.C. Bar No. 478737        The Penn Mutual Towers, 16th Fl.        510 Walnut Street        Philadelphia, PA 19106-3683 | BY:  /s/Derry Dean Sparlin          DERRY DEAN SPARLIN, JR.         D.C. Bar No. 414682         1919 Gallows Road, Suite 320         Vienna, Virginia  22182 |
| (215) 351-0611/ (215)922-3524 (fax) | (703)748-2690/ (703) 748-2695(fax) |
| DATE:  September 12, 2007 | DATE:  September 12, 2007 |

187941-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | )<br>)<br>) | CIVIL ACTION<br>NO.: 1:07-CV-00684 (PLF) |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| THE AULSON CO., INC.<br>ALAN AULSON<br>MAUREEN AULSON<br>BOB HILSON | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## ORDER

It is hereby ordered that all claims against defendants Alan Aulson, Maureen Aulson, and Bob Hilson are hereby dismissed with prejudice, that Defendants Alan Aulson, Maureen Aulson, and Bob Hilson are no longer parties to this action, and that Defendants' Motion To Dismiss Individual Defendants, originally filed on June 18, 2007, is hereby withdrawn.

Date: _____                    _____
                                          PAUL L. FRIEDMAN          J.
                                          United States District Court

Copies of this Order shall be sent to:

Sanford G. Rosenthal., Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106

Edward Lee Isler, Esquire
Isler Dare Ray & Radcliffe, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia  22182

Derry Dean Sparlin, Jr., Esquire
Isler Dare Ray & Radcliffe, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia  22182