IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND )
ALLIED TRADES INDUSTRY PENSION )
FUND )
 )
 )
        Plaintiff, )
 )
v. )   Case No. 1:07-cv-00684
 )   Assigned To: Friedman, Paul L.
THE AULSON CO., INC. )
 )
        Defendant. )
 )

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdraw the appearance of Sanford G. Rosenthal, Esquire as counsel for all Plaintiffs in the above-referenced matter.

                                                  Respectfully submitted,

                                                  s/ Sanford G. Rosenthal
                                                  SANFORD G. ROSENTHAL, ESQUIRE
                                                  D.C. Bar No. 478737
                                                  JENNINGS SIGMOND, P.C.
                                                  Penn Mutual Towers 16th Floor
                                                  510 Walnut Street
                                                  Philadelphia, PA 19106-3683
                                                  (215) 351-0611

Date:   November 28, 2007

190806-1