IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>THE AULSON CO., INC.<br><br>Defendant. | Case No. 1:07-cv-00684<br>Assigned To: Friedman, Paul L. |

ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter the appearance of Kent G. Cprek, Esquire on behalf of the Plaintiff in the above-referenced matter.

                          Respectfully submitted,

                          s/ Kent G. Cprek
                          KENT G. CPREK, ESQUIRE
                          (I.D. NO. 478231)
                          The Penn Mutual Towers, 16th Floor
                          510 Walnut Street, Independence Square
                          Philadelphia, PA 19106-3683
                          (215) 351-0611
                          Attorney for Plaintiff

Date:   November 28, 2007

190806-1