IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff, )<br><br>v. )<br><br>THE AULSON CO., INC. )<br><br>Defendant. ) | Case No. 1:07-cv-00684<br>Assigned To: Friedman, Paul L. |

**MOTION FOR LEAVE TO
APPEAR PRO HAC VICE**

Kent G. Cprek, currently being an active member in good standing of the Bar of this Court and acting as counsel on behalf of Plaintiff in the above-styled action, respectfully applies to this Court for permission for Philip A. Lozano to appear *pro hac vice* and participate in the above-captioned action, including court proceedings, on behalf of Plaintiff. In support thereof, the undersigned states as follows:

1. Philip A. Lozano is associated with the law firm of Jennings Sigmond whose offices are located at The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683, which represents Plaintiff in this case.

2. Philip A. Lozano graduated from Temple University, Beasley School of Law in 2006. He is a member in good standing and admitted to practice in Pennsylvania and before the United States District Court for the Eastern District of Pennsylvania. Mr. Lozano is not currently suspended or disbarred in any court.

3. Mr. Lozano's practice is devoted entirely to the representation of multiemployer

190806-1

funds such as the Plaintiff Fund and he has been practicing in this area of the law for approximately six months.

    4.    Kent G. Cprek, a member of Jennings Sigmond has entered his appearance as local counsel for Plaintiff.

WHEREFORE, Kent G. Cprek requests that this Court grant leave for Philip A. Lozano to appear *pro hac vice* during these proceedings.

                      Respectfully submitted,

                      JENNINGS SIGMOND

                      BY: /s Kent G. Cprek
                           KENT G. CPREK
                           D.C. Bar No. 478231
                           The Penn Mutual Towers, 16th Floor
                           510 Walnut Street, Independence Square
                           Philadelphia, PA 19106-3683
                           (215) 351-0615

                      Counsel for Plaintiff

Dated: November 28, 2007

190806-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>THE AULSON CO., INC.<br><br>Defendant. | Case No. 1:07-cv-00684<br>Assigned To: Friedman, Paul L. |

## DECLARATION OF PHILIP A. LOZANO

Philip A. Lozano states as follows:

1. My name is Philip A. Lozano. I am an associate of the law firm of Jennings Sigmond, The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683.

2. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania and have been admitted to practice law before the Supreme Courts of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

3. I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

4. I have been retained as counsel for the Plaintiff in this matter.

5. I have familiarized myself with the United States District Court for the District of

190806-1

Columbia Local Rules of Civil Procedure.

      6.    I hereby seek admission in this Court *pro hac vice* to represent Plaintiff.

           I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: November 28, 2007        /s Philip A. Lozano
                                      PHILIP A. LOZANO

190806-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* and proposed Order were transmitted via first class mail, postage prepaid on the date set forth below to:

>Derry Dean Sparlin, Jr., D.C. Bar No. 417076
>1919 Gallows Road, Suite 320
>Vienna, Virginia 22182
>Phone: (703) 748-2690
>Fax: (703) 748-2695
>dsparlin@islerdare.com
>
>Counsel for Defendant
>The Aulson Co., Inc.

/s Kent G. Cprek
KENT G. CPREK

DATE: November 28, 2007

190806-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> THE AULSON CO., INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:07-cv-00684 <br> Assigned To: Friedman, Paul L. |

## ORDER

Upon consideration of this Motion For Leave to Appear Pro Hac Vice, it is this

_____ day of _____, 2007:

ORDERED that Philip A. Lozano may appear *pro hac vice* during the proceedings in the above-styled action.

BY THE COURT

Date:_____

_____

Paul L. Friedman,            J.
United States District Judge

190806-1

Copies of this Order shall be sent to:

Philip A. Lozano, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  29206-3683

Derry Dean Sparlin, Jr., D.C. Bar No. 417076
1919 Gallows Road, Suite 320
Vienna, Virginia 22182
Phone:  (703) 748-2690
Fax: (703) 748-2695
dsparlin@islerdare.com

190806-1