IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>THE AULSON CO., INC.<br><br>Defendant. | Case No. 1:07-cv-00684<br>Assigned To: Friedman, Paul L. |

### AMENDED DECLARATION OF PHILIP A. LOZANO IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Philip A. Lozano states as follows:

1. My name is Philip A. Lozano.

2. I am an associate of the law firm of Jennings Sigmond, The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683, Telephone: 215-351-0669.

3. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania and have been admitted to practice law before the Supreme Courts of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

4. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and I have never been disciplined by any bar.

5. I have not been admitted pro hac vice in the United States District Court for the

190806-1

District of Columbia on any previous occasion.

    6.    I have submitted an application for membership to the District of Columbia Bar and my application is pending.

    7.    I have been retained as counsel for the Plaintiff in this matter.

    8.    I have familiarized myself with the United States District Court for the District of Columbia Local Rules of Civil Procedure.

    9.    I hereby seek admission in this Court *pro hac vice* to represent Plaintiff.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: <u>December 6, 2007</u>    By: _____
                                          PHILIP A. LOZANO

190806-1