## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **INTERNATIONAL PAINTERS AND** | ) | |
| **ALLIED TRADES INDUSTRY PENSION** | ) | |
| **FUND** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:07-cv-00684** |
| | ) | **Assigned To:  Friedman, Paul L.** |
| **THE AULSON CO., INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT STATUS REPORT

Plaintiff International Painters and Allied Trades Industry Pension Fund (the "Fund") and Defendant The Aulson Co., Inc. (the "Company"), through undersigned counsel, submit the following Joint Status Report pursuant to this Court's Order of December 5, 2007.

Subsequent to the Meet and Confer Status Conference held on December 5, 2007, counsel for the Company provided a detailed outline of its position concerning the contributions due and amounts paid.  The Fund provided a partial response on January 3, 2008 covering most of the issues, and that response was forwarded to the Company.  The disagreements are factual in

nature and the parties believe that they can be fully resolved through continued discussions. They remain optimistic that a settlement will be achieved.

      Dated: January 4, 2008

Respectfully submitted,

      /s/

Kent G. Cprek, D.C. Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Phone:  (215) 351-0611
Fax:  (215) 922-3524

Counsel for Plaintiff
International Painters and Allied
Trades Industry Pension Fund

Of Counsel:

Philip A. Lozano
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Phone:  (215) 351-0669

Respectfully submitted,

      /s/

Edward Lee Isler, D.C. Bar No. 417076
Derry Dean Sparlin, Jr., D.C. Bar No. 411682
1919 Gallows Road, Suite 320
Vienna, Virginia 22182
Phone:  (703) 748-2690
Fax: (703) 748-2695
eisler@islerdare.com
dsparlin@islerdare.com

Counsel for Defendant
The Aulson Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Kent G. Cprek
> Jennings Sigmond, P.C.
> The Penn Mutual Towers, 16th Floor
> 510 Walnut Street, Independence Square
> Philadelphia, PA 19106

I will also send a copy of the foregoing document via first class mail, postage prepaid, to the aforementioned recipient.

Respectfully submitted,

_____/s/_____
Derry Dean Sparlin, Jr., D.C. Bar No. 417076
1919 Gallows Road, Suite 320
Vienna, Virginia 22182
Phone:  (703) 748-2690
Fax: (703) 748-2695
dsparlin@islerdare.com

Counsel for Defendant
The Aulson Co., Inc.