IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>THE AULSON CO., INC.<br><br>Defendant. | Case No. 1:07-cv-00684<br>Assigned To: Friedman, Paul L. |

## JOINT STATUS REPORT

Plaintiff International Painters and Allied Trades Industry Pension Fund (the "Fund") and Defendant The Aulson Co., Inc. (the "Company"), through undersigned counsel, submit the following Joint Status Report pursuant to this Court's Order of December 5, 2007.

Since submitting the Joint Status Report of January 4, 2008 the parties have made significant progress in narrowing their factual disputes. The Company provided additional detail regarding its position concerning the contributions due and amounts paid on January 29, 2008. The Fund provided an updated calculation of the delinquent contributions on February 5, 2008.

The parties continue to believe that the remaining discrepancies can be fully resolved through continued discussions. They remain optimistic that a settlement will be achieved.

Dated: February 5, 2008

Respectfully submitted,

_____/s/_____
Kent G. Cprek, D.C. Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Phone: (215) 351-0611
Fax: (215) 922-3524

Counsel for Plaintiff
International Painters and Allied
Trades Industry Pension Fund

Of Counsel:

Philip A. Lozano
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Phone: (215) 351-0669

Respectfully submitted,

_____/s/_____
Edward Lee Isler, D.C. Bar No. 417076
Derry Dean Sparlin, Jr., D.C. Bar No. 411682
1919 Gallows Road, Suite 320
Vienna, Virginia 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
eisler@islerdare.com
dsparlin@islerdare.com

Counsel for Defendant
The Aulson Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Edward Lee Isler
>Derry Dean Sparlin, Jr.
>1919 Gallows Road, Suite 320
>Vienna, Virginia 22182

I will also send a copy of the foregoing document via first class mail, postage prepaid, to the aforementioned recipient.

Respectfully submitted,

_____/s/_____
Kent G. Cprek, D.C. Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Phone: (215) 351-0611
Fax: (215) 922-3524