**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>THE AULSON CO., INC. )<br>)<br>**Defendant.** )<br>) | Case No. 1:07-cv-00684<br>Assigned To: Friedman, Paul L. |

## JOINT STATUS REPORT

Plaintiff International Painters and Allied Trades Industry Pension Fund (the "Fund") and Defendant The Aulson Co., Inc. (the "Company"), through undersigned counsel, submit the following Joint Status Report pursuant to this Court's Order of February 19, 2008.

Since submitting the Joint Status Report of February 5, 2008 the parties have made significant progress in narrowing their factual disputes. Plaintiffs have calculated $602,610.58 as defendants' total contribution obligation, and have acknowledged the collection of $578,730.06 toward this amount.  The Company provided additional detail regarding its position concerning the contribution debt and amounts paid on February 25, 2008. The parties have agreed concerning the majority of contributions amounts owed and payments made, but a few disagreements remain as to both the debts and the disposition of prior payments.  The parties expect to resolve the remaining discrepancies regarding delinquent contributions and enter into a settlement agreement.

The parties continue to believe that the remaining discrepancies can be fully resolved through continued discussions.  They remain optimistic that a settlement will be achieved.

The parties also confirm that they filed a Stipulation Dismissing Claims Against the Individual Defendants with this Court on September 12, 2007. The parties jointly stipulated to the dismissal of the Individual Defendants and the withdrawal of the Defendants' Motion to Dismiss Individual Defendants. That Stipulation was approved by Order of this Court on September 12, 2007.

Dated: February 29, 2008

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ | /s/ |
| Kent G. Cprek, D.C. Bar No. 478231 | Edward Lee Isler, D.C. Bar No. 417076 |
| The Penn Mutual Towers, 16th Floor | Derry Dean Sparlin, Jr., D.C. Bar No. 411682 |
| 510 Walnut Street | 1919 Gallows Road, Suite 320 |
| Philadelphia, PA 19106-3683 | Vienna, Virginia 22182 |
| Phone: (215) 351-0611 | Phone: (703) 748-2690 |
| Fax: (215) 922-3524 | Fax: (703) 748-2695 |
| | eisler@islerdare.com |
| | dsparlin@islerdare.com |
| Counsel for Plaintiff | Counsel for Defendant |
| International Painters and Allied | The Aulson Co., Inc. |
| Trades Industry Pension Fund | |

Of Counsel:

Philip A. Lozano
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Phone: (215) 351-0669

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 29th day of February, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Kent G. Cprek, D.C. Bar No. 478231
> The Penn Mutual Towers, 16th Floor
> 510 Walnut Street
> Philadelphia, PA 19106-3683

I will also send a copy of the foregoing document via first class mail, postage prepaid, to the aforementioned recipient.

Respectfully submitted,

  /s/
_____
Edward Lee Isler, D.C. Bar No. 417076
Derry Dean Sparlin, Jr., D.C. Bar No. 411682
1919 Gallows Road, Suite 320
Vienna, Virginia 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
eisler@islerdare.com
dsparlin@islerdare.com