**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-00684 Assigned To:  Friedman, Paul L. |
| THE AULSON CO., INC. | ) ) ) | |
| Defendant. | ) ) | |

## <u>JOINT STATUS REPORT</u>

Plaintiff International Painters and Allied Trades Industry Pension Fund (the "Fund") and Defendant The Aulson Co., Inc. (the "Company"), through undersigned counsel, submit the following Joint Status Report pursuant to this Court's Order of February 19, 2008.

Since submitting the Joint Status Report of February 29, 2008 the parties have made significant progress in narrowing their factual disputes.  The parties have reached an agreement concerning the contribution amounts owed and the payments made.  The parties are currently negotiating the Fund's remaining claims for liquidated damages, late fees and attorney's fees and costs. The parties expect to enter into a settlement agreement regarding the remaining claims.

The parties continue to believe that the remaining discrepancies can be fully resolved through continued discussions.  They remain optimistic that a settlement will be achieved.

Dated: May 13, 2008

Respectfully submitted,                        Respectfully submitted,

_____/s/_____                _____/s/_____
Kent G. Cprek, D.C. Bar No. 478231             Edward Lee Isler, D.C. Bar No. 417076
The Penn Mutual Towers, 16th Floor             Derry Dean Sparlin, Jr., D.C. Bar No. 411682
510 Walnut Street                              1919 Gallows Road, Suite 320
Philadelphia, PA 19106-3683                    Vienna, Virginia 22182
Phone:  (215) 351-0611                         Phone:  (703) 748-2690
Fax:  (215) 922-3524                           Fax: (703) 748-2695
                                               eisler@islerdare.com
                                               dsparlin@islerdare.com

Counsel for Plaintiff                          Counsel for Defendant
International Painters and Allied              The Aulson Co., Inc.
Trades Industry Pension Fund

Of Counsel:

Philip A. Lozano
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Phone:  (215) 351-0669

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>   Kent G. Cprek
>   The Penn Mutual Towers, 16th Floor
>   510 Walnut Street
>   Philadelphia, PA 19106-3683
>
>   Counsel for Plaintiff

I will also send a copy of the foregoing document via first class mail, postage prepaid, to the aforementioned recipient.

_____/s/_____
Edward Lee Isler