**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **INTERNATIONAL PAINTERS AND** )<br>**ALLIED TRADES INDUSTRY PENSION** )<br>**FUND** )<br>)<br>       **Plaintiff,** )<br>)<br>  v. )<br>)<br>**THE AULSON CO., INC.** )<br>)<br>       **Defendant.** )<br>_____ ) | **Case No. 1:07-cv-00684**<br>**Assigned To: Friedman, Paul L.** |

## JOINT STATUS REPORT

Plaintiff International Painters and Allied Trades Industry Pension Fund (the "Fund") and Defendant The Aulson Co., Inc. (the "Company"), through undersigned counsel, submit the following Joint Status Report pursuant to this Court's Order of May 19, 2008.

Since submitting the Joint Status Report of May 13, 2008, the parties have agreed in principle on a process for resolving the issues in this case. The parties have resolved their material differences on base contribution amounts, but they were unable to reach an accord on appropriate amounts for liquidated damages, interest, and attorney's fees and costs. Nonetheless, they believe that the facts material to these remaining issues are not in substantial dispute and can be reduced to a joint stipulation that would support a summary judgment process. Accordingly, the parties plan to prepare a joint written agreement and factual stipulation regarding base contribution amounts. Upon completion, this document would be submitted to the Court along with a proposed summary judgment briefing schedule. The parties

are optimistic that the process would fully resolve the remaining outstanding issues, avoiding the need for trial.

Dated: July 11, 2008

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ | /s/ |
| Kent G. Cprek, D.C. Bar No. 478231 | Edward Lee Isler, D.C. Bar No. 417076 |
| Philip A. Lozano, D.C. Bar No. 979737 | Derry Dean Sparlin, Jr., D.C. Bar No. 411682 |
| The Penn Mutual Towers, 16th Floor | 1919 Gallows Road, Suite 320 |
| 510 Walnut Street | Vienna, Virginia 22182 |
| Philadelphia, PA 19106-3683 | Phone: (703) 748-2690 |
| Phone: (215) 351-0611/0699 | Fax: (703) 748-2695 |
| Fax: (215) 922-3524 | eisler@islerdare.com |
| | dsparlin@islerdare.com |
| Counsel for Plaintiff | Counsel for Defendant |
| International Painters and Allied Trades Industry Pension Fund | The Aulson Co., Inc. |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of July, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Kent G. Cprek
> Philip A. Lozano
> The Penn Mutual Towers, 16th Floor
> 510 Walnut Street
> Philadelphia, PA 19106-3683

I will also send a copy of the foregoing document via first class mail, postage prepaid, to the aforementioned recipient.

                                            Respectfully submitted,

                                            /s/
                                     Edward Lee Isler, D.C. Bar No. 417076
                                     1919 Gallows Road, Suite 320
                                     Vienna, Virginia 22182
                                     Phone: (703) 748-2690
                                     Fax: (703) 748-2695