## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-00684 Assigned To: Friedman, Paul L. |
| THE AULSON CO., INC. | ) ) | |
| Defendant. | ) ) ) | |

### JOINT MOTION FOR EXTENSION OF TIME

Plaintiff International Painters and Allied Trades Industry Pension Fund (the "Fund") and Defendant The Aulson Co., Inc. (the "Company"), through undersigned counsel, respectfully request a two-week extension of the deadline established in this Court's Order of July 22, 2008 for filing a Joint Agreement and Stipulation of Facts and a Proposed Summary Judgment Briefing Schedule. The extension would move the deadline forward from August 8, 2008 to August 22, 2008. The additional time will allow the parties to work around vacation schedules in order to ensure that the stipulation is complete and that the necessary client review and approval can be obtained.

Dated: August 6, 2008

Respectfully submitted,

_____/s/_____
Kent G. Cprek, D.C. Bar No. 478231
Philip A. Lozano, D.C. Bar No. 979737
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Phone: (215) 351-0611/0699
Fax: (215) 922-3524

Counsel for Plaintiff
International Painters and Allied
Trades Industry Pension Fund

Respectfully submitted,

_____/s/_____
Edward Lee Isler, D.C. Bar No. 417076
Derry Dean Sparlin, Jr., D.C. Bar No. 411682
1919 Gallows Road, Suite 320
Vienna, Virginia 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
eisler@islerdare.com
dsparlin@islerdare.com

Counsel for Defendant
The Aulson Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kent G. Cprek
Philip A. Lozano
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

I will also send a copy of the foregoing document via first class mail, postage prepaid, to the aforementioned recipient.

Respectfully submitted,

_____/s/_____

Edward Lee Isler, D.C. Bar No. 417076
1919 Gallows Road, Suite 320
Vienna, Virginia 22182
Phone:  (703) 748-2690
Fax: (703) 748-2695