IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff,<br><br>v.<br><br>THE AULSON CO., INC.<br><br>Defendant. | Case No. 1:07-cv-00684<br>Assigned To: Friedman, Paul L. |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff International Painters and Allied Trades Industry Pension Fund (the "Fund") and Defendant The Aulson Co., Inc. (the "Company"), through undersigned counsel, respectfully request a two-week extension of the deadline established in this Court's Order for filing a Joint Agreement and Stipulation of Facts and a Proposed Summary Judgment Briefing Schedule, which was originally set on August 8, 2008 and for which the parties previously moved for an extension to August 22, 2008. The current extension would move the deadline forward to September 5, 2008. The additional time is required because of a key member of the Company's staff has been absent due to a recent surgical procedure, and because the parties need additional time to complete their discussions.

Dated: August 22, 2008

Respectfully submitted,

/s/
Kent G. Cprek, D.C. Bar No. 478231
Philip A. Lozano, D.C. Bar No. 979737
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Phone: (215) 351-0611/0699
Fax: (215) 922-3524


Counsel for Plaintiff
International Painters and Allied
Trades Industry Pension Fund

Respectfully submitted,

/s/
Edward Lee Isler, D.C. Bar No. 417076
Derry Dean Sparlin, Jr., D.C. Bar No. 411682
1919 Gallows Road, Suite 320
Vienna, Virginia 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
eisler@islerdare.com
dsparlin@islerdare.com

Counsel for Defendant
The Aulson Co., Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of August, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Kent G. Cprek
> Philip A. Lozano
> The Penn Mutual Towers, 16th Floor
> 510 Walnut Street
> Philadelphia, PA 19106-3683

I will also send a copy of the foregoing document via first class mail, postage prepaid, to the aforementioned recipient.

      Respectfully submitted,

      _____/s/_____
      Edward Lee Isler, D.C. Bar No. 417076
      1919 Gallows Road, Suite 320
      Vienna, Virginia 22182
      Phone: (703) 748-2690
      Fax: (703) 748-2695