IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND </br></br> Plaintiff, </br></br> v. </br></br> THE AULSON CO., INC. </br></br> Defendant. | Case No. 1:07-cv-00684 </br> Assigned To: Friedman, Paul L. |

**JOINT SUBMISSION OF FACTUAL STIPULATION, PROPOSED BRIEFING SCHEDULE, AND MOTION FOR SETTLEMENT CONFERENCE**

In an Order dated July 22, 2008, this Court directed Plaintiff International Painters and Allied Trades Industry Pension Fund and Defendant The Aulson Co., Inc. (collectively, the "Parties"), to submit a Joint Agreement and Stipulation of Facts and a proposed Summary Judgment briefing schedule. Pursuant to that Order, the Parties submit the attached Joint Agreement and Stipulation of Facts.

The Parties jointly request, prior to the commencement of summary judgment briefing, that the Court hold a Settlement Conference. Although prior discussions between the Parties did not produce an agreement on all issues, the Parties believe that a Settlement Conference would ensure that avenues for a mutually agreeable resolution have been fully exhausted before the Court and the Parties expend further time and resources on litigation. Subject to the Court's approval, the Parties agree that summary judgment briefing should commence 30 days after they determine that the Settlement Conference has not brought about a resolution of the case. At the end of this 30-day period, both Parties would file Cross-Motions for Summary Judgment, with

responses and replies due in accordance with the time frames established by the Federal Rules of Civil Procedure and the Local Rules of this Court.

    Dated: September 5, 2008

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ | /s/ |
| Kent G. Cprek, D.C. Bar No. 478231 | Edward Lee Isler, D.C. Bar No. 417076 |
| Philip A. Lozano, D.C. Bar No. 979737 | Derry Dean Sparlin, Jr., D.C. Bar No. 411682 |
| The Penn Mutual Towers, 16th Floor | 1919 Gallows Road, Suite 320 |
| 510 Walnut Street | Vienna, Virginia 22182 |
| Philadelphia, PA 19106-3683 | Phone: (703) 748-2690 |
| Phone: (215) 351-0611/0699 | Fax: (703) 748-2695 |
| Fax: (215) 922-3524 | eisler@islerdare.com |
| | dsparlin@islerdare.com |
| Counsel for Plaintiff | Counsel for Defendant |
| International Painters and Allied Trades Industry Pension Fund | The Aulson Co., Inc. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of September, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Kent G. Cprek
>Philip A. Lozano
>The Penn Mutual Towers, 16th Floor
>510 Walnut Street
>Philadelphia, PA 19106-3683

I will also send a copy of the foregoing document via first class mail, postage prepaid, to the aforementioned recipient.

                          Respectfully submitted,

                          /s/
                        Edward Lee Isler, D.C. Bar No. 417076
                        1919 Gallows Road, Suite 320
                        Vienna, Virginia 22182
                        Phone: (703) 748-2690
                        Fax: (703) 748-2695